IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-959-MOC-DCK

| | |
|---|---|
| **REECE PAUKEN** and **JAMAL JOE**, individually and on behalf of all other similarly situated, ) ) ) ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| **AUTOBELL CAR WASH, LLC,** ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) filed by Local Counsel Scott C. Harris on January 8, 2025.

Applicant Jessica A. Wilkes seeks to appear as counsel *pro hac vice* for Plaintiff Jamal Joe. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. Jessica A. Wilkes is hereby admitted *pro hac vice* to represent Plaintiff Jamal Joe.

**SO ORDERED**.

Signed January 8, 2025

David C. Keesler
United States Magistrate Judge