# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| *In re Autobell Car Wash, LLC Data Breach Litigation*, <br><br> This Document Relates To: All Cases | No. 3:24-cv-00959-MOC-DCK |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Reece Pauken and Jamal Joe ("Plaintiffs"), individually and on behalf of all others similarly situated, hereby give notice that this action against Defendant Autobell Car Wash, LLC ("Defendant,") is voluntarily dismissed **without prejudice** in its entirety each party to bear its own costs and fees. No Answer or Motion for Summary Judgment has been filed in this case.

Dated:  February 2, 2026         Respectfully submitted,

/s/ *Mariya Weekes*_____
Mariya Weekes*
**MILBERG, PLLC**
333 SE 2nd Ave., Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com

/s/ *Jessica A. Wilkes*_____
Jessica A. Wilkes*
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
jaw@federmanlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for the Plaintiffs and Interim*
*Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Mariya Weekes*
Mariya Weekes

2